# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

SAMIR ANNABI,

    Plaintiff,

v.

LIVE NATION WORLDWIDE, INC., et al.,

    Defendants.

_____/

CASE NO.: 1:20-cv-122
DATE: December 14, 2021
TIME: 8:36 a.m. – 8:58 a.m.
       1:05 p.m. – 1:12 p.m.
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF:
Kenneth D. Finegood

DEFENDANT:
Anthony A. Agosta

## PROCEEDINGS

NATURE OF HEARING:
Final Pretrial Conference held on the record; Proposed Joint Final Pretrial Order conditionally approved; order to issue; parties will continue to negotiate.

COURT REPORTER:  Genevieve Hamlin    /s/ J. Puzzuoli
                        CASE MANAGER