UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMIR ANNABI,

      Plaintiff,                                  Case No. 1:20–cv–122

v.                                             Hon. Hala Y. Jarbou

LIVE NATION WORLDWIDE, INC., et al.,

      Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:               January 3, 2022   10:00 AM
District Judge:        Hala Y. Jarbou
Place/Location:       by telephone

                                                      HALA Y. JARBOU
                                                      United States District Judge

Dated:  December 28, 2021       By:   /s/ James E. Puzzuoli_____
                                                Case Manager