# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

SAMIR ANNABI,

    Plaintiff,

v.

LIVE NATION WORLDWIDE, INC., et al.,

    Defendants.

_____/

CASE NO.: 1:20-cv-122
DATE: January 3, 2022
TIME: 10:02 a.m. – 10:14 a.m.
PLACE: Lansing (via telephone)
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF:
Kenneth D. Finegood

DEFENDANT:
Anthony A. Agosta

## PROCEEDINGS

NATURE OF HEARING:
Status conference held on the record. Plaintiff's oral motion to adjourn trial is granted; order to issue.

COURT REPORTER:  Genevieve Hamlin          /s/ A. Seymore
                                                                               CASE MANAGER