IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SAMIR ANNABI,   Case No. 1:20-cv-122
                Hon. Hala Y. Jarbou

    Plaintiff,

V

LIVE NATION WORLDWIDE, INC.,
d/b/a 20 MONROE LIVE, a Foreign Corporation,
and 20 MONROE BLDG. CO. LTD PARTN,
A Michigan business entity,
    Defendants.

_____/

| | |
|---|---|
| KENNETH D. FINEGOOD, P.L.C. | CLARK HILL PLC |
| KENNETH D. FINEGOOD (P36170) | ANTHONY A. AGOSTA (P57355) |
| Attorney for Plaintiff | MARIA A. RUGGIRELLO (P82264) |
| 29566 Northwestern Hwy Ste. 120 | Attorneys for Defendants |
| Southfield, MI 48034 | 500 Woodward Ave., Suite 3500 |
| 248- 351-0608 | Detroit, MI  48226 |
| Kdfesq44@aol.com | 313-965-8300 |
| | aagosta@clarkhill.com |

**STIPULATED ORDER EXTENDING TIME FOR ENTRY OF DISMISSAL**

    The parties having agreed to a settlement in this matter.  Further, the Parties request that January 31, 2022 trial be cancelled and removed from the docket, and stipulate to extend the time to enter a dismissal for sixty (60) days to allow plaintiff sufficient time to obtain state of New York approval of pending workers compensation claims in the state of New York.

**IT IS HEREBY ORDERED** that the January 31, 2022 trial is cancelled;

**IT IS FURTHER ORDERED** that parties shall have sixty (60) days to enter an order of dismissal in this case.

Approved as to form:                                           _____
s/Kenneth D. Finegood                                  U.S. DISTRICT JUDGE
KENNETH D. FINEGOOD (P36170)
Attorney for Plaintiff

s/Anthony A. Agosta
ANTHONY A. AGOSTA (P57355)
Attorney for Defendants