UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMIR ANNABI,

    Plaintiff,

v.

LIVE NATION WORLDWIDE, INC.,
et al.,

    Defendants.
_____/

Case No. 1:20-cv-122

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' stipulation extending time for entry of dismissal (ECF No. 64),

**IT IS ORDERED** that the parties' stipulation (ECF No. 64) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** that the January 31, 2022, jury trial is adjourned to **March 28, 2022, at 9:00 AM.**

**IT IS FURTHER ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **March 27, 2022**.

**IT IS FURTHER ORDERED** that there shall be **NO FURTHER ADJOURNMENTS** of trial and **NO FURTHER EXTENSIONS** granted.

Dated:  January 27, 2022          /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                UNITED STATES DISTRICT JUDGE