UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

SAMIR ANNABI,

    Plaintiff,

v

LIVE NATION WORLDWIDE, INC.,
d/b/a 20 MONROE LIVE, a Foreign Corporation,
and 20 MONROE BLDG. CO. LTD PARTN,
A Michigan business entity,

    Defendants.

Case No: 1:20-cv-122

Hon. Hala Y. Jarbou

## STIPULATED ORDER OF DISMISSAL

At a Session of Said Court held in the United States District Court for the Western District of Michigan:

_____

PRESENT:  _____
Honorable Hala Y. Jarbou

Plaintiff Samir Annabi and Defendants Live Nation Worldwide, Inc. and 20 Monroe Bldg. Co. Ltd. Partn., wish to have an Order of Dismissal with prejudice and without costs, interests or attorney fees entered, and pursuant to the foregoing Stipulation;

IT IS HEREBY ORDERED that the above-captioned cause be and is dismissed with prejudice as to Plaintiff Samir Annabi and Defendants Live Nation Worldwide, Inc. and 20 Monroe Bldg. Co. Ltd. Partn., and without costs, interest, or attorney's fees.

This is a final order and hereby closes this case.

**IT IS SO ORDERED.**

_____
Hon. Hala Y. Jarbou
District Court Judge

**Stipulated by:**

**KENNETH D. FINEGOOD, PLC**

Dated: April 4, 2022

*/s/ Kenneth D. Finegood (w/permission)*
Kenneth D. Finegood (P36170)
Attorney Plaintiff

**CLARK HILL PLC**

Dated: April 4, 2022

/s/ *Anthony A. Agosta*
Anthony A. Agosta (P57350)
Attorney for Defendants